UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KUMARI GREEN,

        Plaintiff,                               Civil Action No. 16-cv-13029

vs.

                                             HON. MARK A. GOLDSMITH

MIDLAND FUNDING, LLC,

        Defendant.
_____/

**ORDER ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE DATED JANUARY 29, 2018 (Dkt. 31), (2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Dkt. 29), AND (3) DISMISSING PLAINTIFF'S CLAIM WITH PREJUDICE**

This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge R. Steven Whalen, issued on January 29, 2018. In the R&R, the Magistrate Judge recommends that the Court grant Defendant's motion for summary judgment (Dkt. 29). The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The Court has reviewed the R&R and concludes that the Magistrate Judge has reached the proper conclusion for the proper reasons. Therefore, the R&R is accepted and adopted as the findings and conclusions of the Court. Accordingly, Defendant's motion for summary judgment is granted and Plaintiff's claim is dismissed with prejudice.

        SO ORDERED.

Dated: March 2, 2018                             s/Mark A. Goldsmith
   Detroit, Michigan                          MARK A. GOLDSMITH
                                                  United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 2, 2018.

                                                                   s/Karri Sandusky
                                                                     Case Manager